# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICA LEIGH GREEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., an Arizona corporation; DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-07763-AB-JEM<br><br>[Ventura County Superior Court Case No. 56-2018-00515036-CU-PA-VTA]<br><br>Hon. André Birotte Jr.<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL |

After review of the parties' Stipulation of Dismissal and good cause appearing therefore, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated:_November 02, 2018

_____
Hon. André Birotte Jr.
United States District Court Judge

1